AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00271 |
| Shane Jenkins | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 03/02/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Shane Jenkins,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) - Assault on Federal Officer;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1361 - Damage to Federal Property;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.

Date:   03/02/2021                              *(signed)* G. Michael Harvey
                                                Digitally signed by G. Michael Harvey
                                                Date: 2021.03.02 13:30:54 -05'00'
                                                *Issuing officer's signature*

City and state:   Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/2/202_, and the person was arrested on *(date)* 3/5/2021
at *(city and state)* Houston, Texas.

Date: 3/5/2021

*Arresting officer's signature*

Amy L. Avila, Special Agent
*Printed name and title*